UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PUEBLOS,<br><br>Plaintiff,<br><br>v.<br><br>CHP OFFICER B. BAILEY #18892, INDIVIDUALLY AND AS A PEACE OFFICER, CHP SGT. MONTOYA, INDIVIDUALLY AND AS A PEACE OFFICER, J.A. FARROW, INDIVIDUALLY AND AS COMMISSIONER, STATE OF CALIFORNIA, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. ED CV10-847 R (RCx)<br><br>[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL PEACE OFFICER PERSONNEL INFORMATION |

Based upon the Stipulation of the parties filed herewith, **IT IS SO ORDERED**.

Dated: Feb. 4, 2011

MANUEL L. REAL
~~ROSALYN M. CHAPMAN~~
United States ~~Magistrate~~ District Judge

Presented by:
/s/
Terry Barak, D.A.G.
Attorney for Defendants
CHP Offier B. Bailey #18892, CHP Sgt. Montoya
And J.A. Farrow, CHP Commissioner

1